McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ISMAEL HUAZO-JARDINEZ,<br><br>                              Defendant. | CASE NO.  2:19-CR-102-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 9, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on January 9, 2020, and then continued to April 16, 2020, at 10:00 a.m., on the Court's own motion.

2.      By this stipulation, the defendant now moves to exclude time between January 9, 2020, and April 16, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that has produced the discovery associated with this case including, among other things, investigative reports, photographs, as well as audio and video recordings.

b)      Counsel for defense desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

1         c)       Defense counsel believes that failure to grant the above-requested continuance

2    would deny counsel the reasonable time necessary for effective preparation, taking into account

3    the exercise of due diligence.

4         d)       The government does not object to the continuance.

5         e)       Based on the above-stated findings, the ends of justice served by continuing the

6    case as requested outweigh the interest of the public and the defendant in a trial within the

7    original date prescribed by the Speedy Trial Act.

8         f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9    et seq., within which trial must commence, the time period of January 9, 2020 to April 16, 2020,

10   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

11   because it results from a continuance granted by the Court at defendants' request on the basis of

12   the Court's finding that the ends of justice served by taking such action outweigh the best interest

13   of the public and the defendant in a speedy trial.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 14, 2020                          McGREGOR W. SCOTT
                                                  United States Attorney

                                                  /s/ JAMES R. CONOLLY
                                                  JAMES R. CONOLLY
                                                  SHEA J. KENNY
                                                  Assistant United States Attorneys

Dated:  January 14, 2020                          /s/ JESSE I. SANTANA
                                                  JESSE I. SANTANA
                                                  Counsel for Defendant
                                                  ISMAEL HUAZO-JARDINEZ

**ORDER**

IT IS SO ORDERED.

Dated:  January 21, 2020

                                                  MORRISON C. ENGLAND, JR.
                                                  UNITED STATES DISTRICT JUDGE