**Jesse I. Santana (State Bar No.  132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant

Ismael Huazo-Jardinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ISMAEL HUAZO-JARDINEZ,<br><br>  Defendant. | No.  2:19-CR-00102 MCE<br><br>**DEFENDANT ISMAEL HUAZO-JARDINEZ'S AMENDED REQUEST TO PROCEED WITH JUDGMENT AND SENTENCING HEARING VIA VIDEOCONFERENCE OR OTHER MEANS, WAIVER OF HIS PERSONAL APPEARANCE, AND CONSENT FOR MR. HUAZO-JARDINEZ'S ATTORNEY TO SIGN HIS NAME ELECTRONICALLY, AND TO SIGN MR. HUAZO-JARDINEZ'S CONSENT OR WAIVER ON HIS BEHALF; AND PROPOSED ORDER**<br><br>Judge:  Hon. Morrison C. England, Jr. |

 Pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act, H.R. 748 (March 27, 2020), the Court's General Orders 611-616, and the previously filed Defendant Ismael Huazo-Jardinez's request to proceed with waiver of indictment and change of plea hearing and waiver of his personal appearance, defendant Ismael Huazo-Jardinez hereby requests that the Court proceeds with the September 17, 2020 judgment and sentencing hearing, and permits him to appear by videoconference or appear telephonically if VTC is not reasonably available.  In

1

1  General Order 614, the Court found that such hearings generally cannot be conducted in person in
2  this district without seriously jeopardizing public health and safety.  Due to the coronavirus
3  pandemic and other considerations as set forth in General Orders 614 and 616, the Court
4  authorized the use of videoconferencing or other means to conduct proceedings remotely with
5  defense counsel and defendants sometimes in separate locations.

6  In General Order 616, the Court found that, due to the public health situation relating to
7  COVID-19, it may be impracticable, if not impossible, to obtain defendants' actual signatures on
8  documents for consent or waiver of certain rights in a timely and safe manner as required by some
9  Federal Rules of Criminal Procedure.  As a result, the Court found that any document may be
10 signed electronically using the format "/s/ name," where a defendant's signature is called for,
11 defense counsel may sign electronically on the defendant's behalf using the format "/s/ name"
12 and file the signed document electronically after defendant has an opportunity to consult with
13 counsel, and consents to counsel's signing on defendant's behalf, and where consent or waiver is
14 not explicitly required to be in writing, such consent or waiver may be obtained in whatever form
15 is most practicable under the circumstances, so long as the defendant's consent or waiver is
16 clearly reflected on the record.

17 Mr. Huazo-Jardinez has told counsel that he consents to the September 17, 2020 judgment
18 and sentencing hearing via the videoconference/teleconference procedure set forth in the CARES
19 Act and adopted by the Court in General Order 614.  That consent need not be in writing.  (Gen.
20 Order 614, p. 2.)  To the extent that Mr. Huazo-Jardinez has a right to have the Judge be
21 personally present in Court at the time of the judgment and sentencing hearing, he waives that
22 right, whether it arises under the Federal Rules of Criminal Procedure, the United States Code,
23 the U.S. Constitution, or any other law.  He further waives any claim of error, on any basis, that
24 these hearings should not have been held without the Judge or parties being physically present in
25 Court.

26 Mr. Huazo-Jardinez has also told counsel that he consents to his counsel signing
27 electronically on Mr. Huazo-Jardinez's behalf, and that where Mr. Huazo-Jardinez's consent or
28 ///

waiver is not explicitly required to be in writing, such consent or waiver may be obtained in whatever form is most practicable under the circumstances as set forth in General Order 616.

     I hereby concur in Mr. Huazo-Jardinez's request to proceed with the September 17, 2020 judgment and sentencing hearing via videoconference or other means, waiver of his personal appearance, and consent for his attorney to sign Mr. Huazo-Jardinez's name electronically and to sign Mr. Huazo-Jardinez's consent or waiver on his behalf.

                                        Respectfully Submitted,

Date: September 9, 2020.                /s/ Jesse I. Santana
                                          JESSE I. SANTANA

                                            Attorney for Defendant
                                            Ismael Huazo-Jardinez

     I agree to the above.  I also hereby request that the Court proceeds with the September 17, 2020 judgment and sentencing hearing via videoconference or other means, I waive my personal appearance at the September 17, 2020 judgment and sentencing hearing, and I consent to my attorney signing my name electronically for my consent or waiver.

                                        Respectfully Submitted,

Date: September 9, 2020.                /s/ Ismael Huazo-Jardinez
                                            DEFENDANT ISMAEL HUAZO-JARDINEZ

## FINDINGS AND ORDER

For good cause shown, the Court hereby specifically finds that:

a)  The September 17, 2020 judgment and sentencing hearing cannot be further delayed without serious harm to the interest of justice;

b)  Defendant Ismael Huazo-Jardinez consents for his attorney to sign Mr. Huazo-Jardinez's name electronically and to sign Mr. Huazo-Jardinez's consent or waiver on his behalf; and

c)  Defendant Ismael Huazo-Jardinez has waived his physical appearance at the September 17, 2020 judgment and sentencing hearing and consents to remote hearing by Videoconference.

Therefore, based on the findings above, and under the Court's authority under Section 15002(b) of the CARES Act and General Order 614, the September 17, 2020 judgment and sentencing hearing will be conducted by Videoconference.

IT IS SO ORDERED.

Dated:  September 14, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE